UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDY DARLENE RENEE STEDMAN, <br><br> Plaintiff, <br><br> v. <br><br> GLA COLLECTION COMPANY, INC., <br><br> Defendant. | Case No. 1:16-cv-03086-JMS-DKL <br><br> Honorable Judge Jane E. Magnus-Stinson |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, JUDY DARLENE RENEE STEDMAN ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Date: 3/21/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523
(630) 575-8181
nvolheim@sulaimanlaw.com

Peter A. Velde
Kightlinger & Gray, LLP
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 968-8131
pvelde@k-glaw.com